IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASCENTIVE, LLC, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 2:09-cv-02871 |
| GOOGLE, INC., | : |
| Defendant. | : |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Ascentive, LLC, voluntarily dismisses the above captioned action against defendant Google, Inc., *without prejudice*. This notice of dismissal is being filed with the Court before service by Google, Inc., of either an answer or a motion for summary judgment.

**FLASTER/GREENBERG P.C.**

By: /s/Alexis Arena
Abbe F. Fletman (Pa. Bar No. 52896)
abbe.fletman@flastergreenberg.com
Jordan A. LaVine (Pa. Bar No. 78503)
jordan.lavine@flastergreenberg.com
Alexis Arena (Pa. Bar No. 200227)
alexis.arena@flastergreenberg.com
1628 John F. Kennedy Blvd., 15th Floor
Philadelphia, PA 19103
215-279-9393 (phone)
215-279-6865 (fax)

Dated: July 30, 2009

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2009, I caused to be served a true and correct copy of the foregoing Notice of Voluntary Dismissal Without Prejudice upon the following via the Court's electronic filing system:

Larry R. Wood, Jr.
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

Margaret M. Caruso
Quinn Emanuel Urquhar Oliver Hedges, LLP
555 Twin Dolphin Dr., Suite 560
Redwood Shores, CA 94065

*Attorneys for Defendant Google, Inc.*

By: /s/ Alexis Arena
Alexis Arena, Esq.
FLASTER/GREENBERG P.C.
1600 John F. Kennedy Blvd., Suite 200
Philadelphia, PA  19103
*Attorney for plaintiff Ascentive, LLC*

Dated:  July 30, 2009